1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   GERALYN A. GULSETH, CA SBN 160872
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8923
        Facsimile:  (415) 744-0134
7       E-Mail: Geralyn.Gulseth@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11                       **SACRAMENTO DIVISION**

12

13  MARLA MILLARD LINDGREN,         )
                                    )        CIVIL NO. 10-2818-CMK
14       Plaintiff,                 )
                                    )
15             v.                   )        STIPULATION AND ORDER
                                    )
16  MICHAEL J. ASTRUE,              )
    Commissioner of                 )
17  Social Security,                )
                                    )
18       Defendant.                 )
    _____ )

19

20      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21  attached Order, that Defendant shall have an extension of time of 14 days to respond to Plaintiff's

22  motion for summary judgment.

23      Counsel for Defendant respectfully requests an extension of time due to her workload, her

24  continuing mentoring duties, and the need for further review of the administrative record.

25      The current due date is April 11, 2011.  The new due date will be April 25, 2011.

26  //

27  //

28  //

1    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

2

3

4                                         Respectfully submitted,

5
     Dated: March 31, 2011               /s/ *Geralyn Gulseth for Andrew T. Koenig*
6                                         (As authorized via e-mail on March 31, 2011)
                                          Andrew T. Koenig
7                                         Attorney for Plaintiff

8    Dated: March 30, 2011               BENJAMIN B. WAGNER
                                          United States Attorney
9                                         LUCILLE GONZALES MEIS
                                          Regional Chief Counsel, Region IX
10                                        Social Security Administration

11
                                          /s/ *Geralyn A. Gulseth*
12                                        GERALYN A. GULSETH
                                          Special Assistant U.S. Attorney
13
                                          Attorneys for Defendant
14

15                                             ORDER

16          APPROVED AND SO ORDERED.

17

18    DATED: April 5, 2011

19
                                          _____
20                                        **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28