1 BENJAMIN B. WAGNER
United States Attorney
2 LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
3 Social Security Administration
GERALYN A. GULSETH, CA SBN 160872
4 Special Assistant United States Attorney

5    333 Market Street, Suite 1500
   San Francisco, California 94105
6    Telephone:  (415) 977-8923
   Facsimile:  (415) 744-0134
7    E-Mail: Geralyn.Gulseth@ssa.gov

8 Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| MARLA MILLARD LINDGREN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:10-cv-2818-CMK<br><br>STIPULATION AND−ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Administrative Law Judge (ALJ) will further evaluate Plaintiff's residual functional capacity with additional consideration of the medical source opinion evidence.  The ALJ will also obtain vocational input, and give further consideration to steps four and five of the sequential evaluation process.  The Appeals Council and/or ALJ may take any additional action deemed warranted to issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: April 10, 2011

/s/ *Andrew T. Koenig*
(As authorized via e-mail)
Andrew T. Koenig
Attorney for Plaintiff

Dated: April 6, 2011

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Geralyn A. Gulseth*
GERALYN A. GULSETH
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: April 15, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE