1  Andrew T.  Koenig, SBN: 158431
   Attorney at Law
2  353 Sanjon Road
   Ventura, CA 93001
3  Tel. (805) 653-0284
   FAX: (805) 653-7225
4  Email: andrewtkoenig@hotmail.com

5  Attorney for Plaintiff Marla Millard Lindgren

6

7                    UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF CALIFORNIA
8                      SACRAMENTO DIVISION

9

10 MARLA MILLARD LINDGREN,          )   CASE NO. 2:10-CV-02818-CMK
                                    )
      Plaintiff,                    )   ORDER
11                                  )   AWARDING ATTORNEY'S
       v.                           )   FEES AND COSTS PURSUANT
12                                  )   TO THE EQUAL ACCESS TO
                                    )   JUSTICE ACT, 28 U.S.C.
13 MICHAEL J. ASTRUE,               )   § 2412(d), AND COURT COSTS
   COMMISSIONER OF SOCIAL           )   PURSUANT TO
14 SECURITY,                        )   28 U.S.C. § 1920
                                    )
15     Defendant.                   )
                                    )
16 ─────────────────────────────────

17       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

18 IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to

19 Justice Act in the amount of THREE-THOUSAND ONE-HUNDRED  DOLLARS

20 AND NO CENTS ($3,100.00),  as authorized by 28 U.S.C. § 2412(d), and Court

21 costs in the amount of THREE-HUNDRED FIFTY DOLLARS and NO CENTS

22 ($350.00) pursuant to 28 U.S.C. § 1920, subject to the terms of the Stipulation.

23

24   DATED:  June 6, 2011

25                                    _____
                                      CRAIG M. KELLISON
26                                    UNITED STATES MAGISTRATE
                                      JUDGE
27

28

                                      1